# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-2306
_____

KELLY KOON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


On appeal from the Circuit Court for Columbia County.
Paul S. Bryan, Judge.

October 23, 2019


PER CURIAM.

Appellant challenges the revocation of his probation, arguing that the trial court failed to conduct an adequate admission colloquy. The state properly concedes error. The record does not show that the trial court conducted any colloquy with Appellant. It merely accepted defense counsel's representations that Appellant was admitting the violations. Therefore, we reverse the revocation of Appellant's probation, vacate the sentence imposed, and remand for further proceedings. *See Donaldson v. State*, 219 So. 3d 996 (Fla. 1st DCA 2017).

REVERSED and REMANDED.

RAY, C.J., and WINOKUR, J., and SHARRIT, MICHAEL S., ASSOCIATE JUDGE, concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Baya Harrison, Monticello, for Appellant.

Ashley Moody, Attorney General, and Heather Flanagan Ross, Assistant Attorney General, Tallahassee, for Appellee.